No. 1609, Misc.   COLANGELO *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1578, Misc.   MINK *v.* HARE, SECRETARY OF STATE OF MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 1645, Misc.   EDWARDS *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Alexander Boskoff* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1662, Misc.   CARTER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Fred D. Turnage* and *Donald L. Morgan* for petitioner.   *Solicitor General Griswold* for the United States.

No. 1677, Misc.   KING *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Cullen B. Jones, Jr.,* for petitioner.   *Solicitor General Griswold* for the United States.

No. 1689, Misc.   SAUNDERS *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 1388, Misc.   LEMIEUX *v.* ROBBINS, WARDEN. C. A. 1st Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Vincent L. McKusick* for petitioner.   *John W. Benoit, Jr.,* Deputy Attorney General of Maine, for respondent.